UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA

www.flsb.uscourts.gov

## CHAPTER 13 PLAN (Individual Adjustment of Debts)

FIRST Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)

☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Doroteo Batres       JOINT DEBTOR: Rufina Perez       CASE NO.: 13-35559-RBR

Last Four Digits of SS# xxxx2063       Last Four Digits of SS# xxxx1755

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A.   $1,134.78 for months 1 to 60; in order to pay the following creditors:

Administrative:   Attorney's Fee - $ 3,650 + $775 (Motion to value) = $4,425 TOTAL PAID $1,800

Balance Due   $ 2,625 payable $ 175.00 /month (Months 1 to 15)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. M&T Bank                               Arrearage on Petition Date $11,518.31
Address: Payment Processing, POB 62182    Arrears Payment   $ 68.24 /month (Months 1 to 15)
         Baltimore, MD 21264-2182         Arrears Payment   $ 233.22 /month (Months 16 to 60)
                                          Regular Payment   $ 788.38 /month (Months 1 to 60)
Account No: 0051399087

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Wells Fargo Bank Account No: xxxx7799 | 111 NE 26 Court, Pompano Beach, FL 33064. $53,000.00 | 0 % | $0 | None | Strip off Mortgage |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. None _____   Total Due   $

LF-31 (rev. 01/08/10)

Payable in ___ h (Months ___ to ___) Regular Payment $

Unsecured Creditors:  Pay $ 10.02 /month (Months 16 to 60).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: none

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Robert Sanchez,Esq.                              /s/ Robert Sanchez,Esq
Attorney for Debtor                                  Attorney for Joint Debtor
Date:  4-16-2014                                     Date:      4-16-2014

LF-31 (rev. 01/08/10)