UNITED STATES BANKRUTPCY COURT
SOUTHERN DISTRICT OF FLORIDA
BROWARD DIVISION
www.flsb.uscourts.gov

In re:

    Doroteo Batres                              Case No. 13-35559-RBR
        and
    Rufina Perez
        Debtors.                          Chapter 13
_____/

## MOTION TO MODIFY CHAPTER 13 PLAN

**COME NOW,** the Debtors, by and through their undersigned counsel and file this Motion to Modify Chapter 13 Plan and as grounds states as follows:

1. On October 24, 2013 the instant case was filed.

2. On April 17, 2014 debtor's First Amended Chapter 13 plan was confirmed.

3. In debtors' confirmed plan, the debtors are paying M&T Bank. M&T Bank filed a notice of mortgage payment change, wherein the regular payment of the debtors' mortgage has increased.

4. Debtors desire to modify their plan in order to provide for the new payment.

.

**WHEREFORE**, undersigned counsel prays that this Honorable Court enter an Order Granting and Approving debtors' First Modified Plan.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 910(A).

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtors
355 W 49th Street
Hialeah, FL 33012
Tel. 305-687-8008

By:/s/ Robert Sanchez_____
    Robert Sanchez, Esq., FBN#0442161