UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

## CHAPTER 13 PLAN (Individual Adjustment of Debts)
FOURTH Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Doroteo Batres       JOINT DEBTOR: Rufina Perez       CASE NO.: 13-35559-RBR

Last Four Digits of SS# xxxx2063       Last Four Digits of SS# xxxx1755

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $1,001.81 for months 1 to 16;

    B.    $1,224.81 for months 17 to 60; in order to pay the following creditors:

Administrative:    Attorney's Fee - $ 3,650 + $775 (Motion to value)+ $525.00 (Motion to Modify)
=$4,950.00 TOTAL PAID $1,800 Balance Due $ 3,150.00 payable $ 164.06 /month
(Months 1 to 16); payable $17.50/month (Months 17-46)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

| | | |
|---|---|---|
| 1. M&T Bank | Arrearage on Petition Date | $11,518.31 |
| Address: Payment Processing, POB 62182 | Arrears Payment | $ 64.41 /month (Months 1 to 16) |
| Baltimore, MD 21264-2182 | Arrears Payment | $ 238.36 /month (Months 17 to 60) |
| | Regular Payment | $ 744.16 /month (Months 1 to 16) |
| Account No: 0051399087 | Regular Payment | $ 852.67 /month (Months 17 to 60) |

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Wells Fargo Bank Account No: xxxx7799 | 111 NE 26 Court, Pompano Beach, FL 33064. $53,000.00 | 0 % | $0 | None | Strip off Mortgage |

Priority Creditors: [as defined in 11 U.S.C. §507]

LF-31 (rev. 01/08/10)

1.  None_____    Total Due    $

         Payable    $_____/month (Months_____ to _____) Regular Payment $

Unsecured Creditors:  Pay $4.93/month (Months 17 to 46); Pay $22.43/months 47 to 60)

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: none

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Robert Sanchez,Esq.      /s/ Robert Sanchez,Esq
Attorney for Debtor        Attorney for Joint Debtor
Date:  3-24-2015        Date:     3-24-2015

LF-31 (rev. 01/08/10)