## CHAPTER 13 PLAN (Individual Adjustment of Debts)

Fifth Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Doroteo Batres          JOINT DEBTOR: Rufina Perez          CASE NO.: 13-35559-RBR

Last Four Digits of SS#xxxx2063          Last Four Digits of SS#xxxx1755

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A.   $1,125.69 for months 1 to 33 ;

B.   $1,567.93 for months 34 to 50 ;

C.   $1,518.10 for months 51 to 60 ; in order to pay the following creditors:

Administrative:          Attorney's Fee - $ 3,650 + $775 (Motion to value)+ $525.00 (Motion to Modify) +$525.00 (Motion to Modify) =$5,475 TOTAL PAID $1,800 Balance Due$ 3,675.00 payable $ 88.03 /month (Months 1 to 33); payable $45.30/month (Months 34-50)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. M&T Bank                                        Arrearage on Petition Date $11,518.31
Address: Payment Processing, POB 62182          Arrears Payment     $ 147.97 /month (Months 1 to 33)
   Baltimore, MD 21264-2182                      Arrears Payment     $ 245.75 /month (Months 34 to60)
                                                 Regular Payment     $ 778.42 /month (Months 1 to 33)
Account No: 0051399087                           Regular Payment     $ 1,134.34 /month (Months 34 to 60)

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Wells Fargo Bank Account No: xxxx7799 | 111 NE 26 Court, Pompano Beach, FL 33064. $53,000.00 | 0 % | $0 | None | Strip off Mortgage |

Priority Creditors: [as defined in 11 U.S.C. §507]

LF-31 (rev. 01/08/10)

1.  None _____

Payable          $_____/month (Months_____ to _____) Regular

Payment $

<u>Unsecured Creditors</u>:  Pay $45.81/month (Months 1 to 33); and Pay $0.00/month (Months 34 to 60).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: none

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

 /s/ Robert Sanchez,Esq.                          /s/ Robert Sanchez,Esq
Attorney for Debtor                               Attorney for Joint Debtor
Date: _7/7/2016_____            Date:_____7/7/2016_____

LF-31 (rev. 01/08/10)