UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA

www.flsb.uscourts.gov

### CHAPTER 13 PLAN (Individual Adjustment of Debts)

Sixth Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Doroteo Batres        JOINT DEBTOR: Rufina Perez    CASE NO.: 13-35559-RBR

Last Four Digits of SS# xxxx2063        Last Four Digits of SS# xxxx1755

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

  A.   $1,092.71 for months  1  to  33 ;
  B.   $1,578.93 for months  34  to  50 ;
  C.   $1,529.10 for months  51  to  60 ; in order to pay the following creditors:

Administrative:    Attorney's Fee - $ 3,650 + $775 (Motion to value)+ $525.00 (Motion to Modify)
+$525.00 (Motion to Modify)  =$5,475 TOTAL PAID $1,800 Balance Due $ 3,675.00
payable $ 88.03 /month (Months 1 to 33); payable $45.30/month (Months 34-50)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

| | |
|---|---|
| 1. M&T Bank | Arrearage on Petition Date $11,518.31 |
| Address: Payment Processing, POB 62182 | Arrears Payment    $ 147.97 /month (Months 1 to 33) |
|   Baltimore, MD 21264-2182 | Arrears Payment    $ 245.75 /month (Months 34 to 60) |
| | Regular Payment    $ 778.42 /month (Months 1 to 33) |
| Account No: 0051399087 | Regular Payment    $ 1,134.34 /month (Months 34 to 60) |

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Wells Fargo Bank Account No: xxxx7799 | 111 NE 26 Court, Pompano Beach, FL 33064. $53,000.00 | 0 % | $0 | None | Strip off Mortgage |

Priority Creditors: [as defined in 11 U.S.C. §507]

LF-31 (rev. 01/08/10)

1. None      Payable    $_____/month (Months_____ to _____) Regular Payment $

Unsecured Creditors: Pay $45.81/month (Months 1 to 33); and Pay $10.00/month (Months 34 to 60).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: none

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Robert Sanchez,Esq.              /s/ Robert Sanchez,Esq

Attorney for Debtor                  Attorney for Joint Debtor

Date: 8/10/2016                      Date: 8/10/2016

LF-31 (rev. 01/08/10)